Same case below, 428 Fed. Appx. 700.

■

**No. 11-359. Miracle Star Women's Recovering Community, Inc., Petitioner v. Katherine Jett, et al.**

565 U.S. 1046, 132 S. Ct. 589, 181 L. Ed. 2d 442, 2011 U.S. LEXIS 8103, ■

November 14, 2011. Motion of National Association for the Advancement of Colored People, Antelope Valley Branch Unit #1023 for leave to file a brief as amicus curiae granted. Petition for writ of certiorari to the Court of Appeal of California, Second Appellate District, denied.

■

**No. 11-475. Gene A. Tyrrell, Petitioner v. United States.**

565 U.S. 1046, 132 S. Ct. 596, 181 L. Ed. 2d 442, 2011 U.S. LEXIS 8145.

November 14, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied. Justice Kagan took no part in the consideration or decision of this petition.

■

**No. 11-6836. Ronald Dawson, Petitioner v. United States.**

565 U.S. 1046, 132 S. Ct. 594, 181 L. Ed. 2d 442, 2011 U.S. LEXIS 8138.

November 14, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied. Justice Kagan took no part in the consideration or decision of this petition.

Same case below, 433 Fed. Appx. 151.

■

**No. 11-6938. Steven J. Smith, Petitioner v. United States.**

565 U.S. 1046, 132 S. Ct. 600, 181 L. Ed. 2d 442, 2011 U.S. LEXIS 8214.

November 14, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied. Justice Kagan took no part in the consideration or decision of this petition.

Same case below, 433 Fed. Appx. 891.

■

**No. 11-7012. In re Daniel Doyle Benham, Petitioner.**

565 U.S. 1032, 132 S. Ct. 602, 181 L. Ed. 2d 442, 2011 U.S. LEXIS 8090.

November 14, 2011. Petition for writ of habeas corpus denied. Justice Kagan took no part in the consideration or decision of this petition.

■

**No. 11-6406. In re Helen M. Harris-Scott, Petitioner.**

565 U.S. 1032, 132 S. Ct. 587, 181 L. Ed. 2d 442, 2011 U.S. LEXIS 8178.

November 14, 2011. Petition for writ of mandamus denied.

■

**No. 11-6593. In re William Chapman Mach, Petitioner.**

565 U.S. 1032, 132 S. Ct. 591, 181 L. Ed. 2d 442, 2011 U.S. LEXIS 8140.

November 14, 2011. Petition for writ of mandamus denied.

■

**No. 11-6417. In re Keith Thomas, Petitioner.**

565 U.S. 1033, 132 S. Ct. 588, 181 L. Ed. 2d 442, 2011 U.S. LEXIS 8101.

November 14, 2011. Motion of petitioner for leave to proceed in forma pau-

peris denied, and petition for writ of mandamus dismissed. See Rule 39.8. As the petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petition in noncriminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and the petition is submitted in compliance with Rule 33.1. See Martin v. District of Columbia Court of Appeals, 506 U.S. 1, 113 S. Ct. 397, 121 L. Ed. 2d 305 (1992) (per curiam).

### No. 11-6532. In re Angel Ruiz Rivera, Petitioner.

565 U.S. 1033, 132 S. Ct. 590, 181 L. Ed. 2d 443, 2011 U.S. LEXIS 8129, ▮

November 14, 2011. Petition for writ of mandamus denied. Justice Kagan took no part in the consideration or decision of this petition.

### No. 11-6961. In re Lester Jon Ruston, Petitioner.

565 U.S. 1033, 132 S. Ct. 601, 181 L. Ed. 2d 443, 2011 U.S. LEXIS 8231.

November 14, 2011. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of mandamus dismissed. See Rule 39.8. As the petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petition in noncriminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and the petition is submitted in compliance with Rule 33.1. See Martin v. District of Columbia Court of Appeals, 506 U.S. 1, 113 S. Ct. 397, 121 L. Ed. 2d 305 (1992) (per curiam). Justice Kagan took no part in the consideration or decision of this motion and this petition.

### No. 10-8903. Sofia T. Guilas, Petitioner v. Tom Brauer, et al.

565 U.S. 1046, 132 S. Ct. 605, 181 L. Ed. 2d 443, 2011 U.S. LEXIS 8120.

November 14, 2011. Petition for rehearing denied.

Former decision, 563 U.S. 922, 131 S. Ct. 1823, 179 L. Ed. 2d 780, 2011 U.S. LEXIS 2765.

### No. 10-9837. Levi A. Wilson, Petitioner v. United States.

565 U.S. 1047, 132 S. Ct. 607, 181 L. Ed. 2d 443, 2011 U.S. LEXIS 8082.

November 14, 2011. Petition for rehearing denied. Justice Kagan took no part in the consideration or decision of this petition.

Former decision, 565 U.S. 931, 132 S. Ct. 370, 181 L. Ed. 2d 235, 2011 U.S. LEXIS 7049.

### No. 10-10659. Detelin Draganov, Petitioner v. Washington.

565 U.S. 1046, 132 S. Ct. 605, 181 L. Ed. 2d 443, 2011 U.S. LEXIS 8246.

November 14, 2011. Petition for rehearing denied.

Former decision, 565 U.S. 843, 132 S. Ct. 156, 181 L. Ed. 2d 72, 2011 U.S. LEXIS 5993.

### No. 10-10688. Norman Eugene Lamkin, Petitioner v. Texas.

565 U.S. 1046, 132 S. Ct. 605, 181 L. Ed. 2d 443, 2011 U.S. LEXIS 8104.

November 14, 2011. Petition for rehearing denied.